IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ESTHER PAULING** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05cv262** |
| | § | |
| **OCEAN SPRINGS HOSPITAL** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the motion for summary judgment filed by Defendant Ocean Springs Hospital, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant Ocean Springs Hospital pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 16th day of February, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE